**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.  SB# 133878
  E-Mail: pardini@lbbslaw.com
Stephen J. Liberatore, Esq.  SB# 129772
  E-Mail: liberatore@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Plaintiff
Nationwide Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DONALD V. RYAN, an individual, and DOES 1 through 10, <br><br> Defendants. | CASE NO. 2:12-CV-01641-KJM-JFM <br><br> **STIPULATION TO CHANGE VENUE; ORDER** |

## STIPULATION

Plaintiff NATIONWIDE MUTUAL INSURANCE COMPANY ("Nationwide") and Defendant DONALD V. RYAN ("Mr. Ryan"), by and through their respective counsel, stipulate as follows:

1.  Nationwide filed its complaint for declaratory relief in this action in the United States District Court, Eastern District of California, on June 20, 2012;

2.  Nationwide filed its first amended complaint for declaratory relief in this action in the United States District Court, Eastern District of California, on June 21, 2012;

3.  Nationwide filed its complaint and amended complaint in the United States District Court, Eastern District of California, inasmuch as the insurance coverage dispute that is the subject of this declaratory relief action concerns damage to real property situated in Sacramento County;

4. Mr. Ryan, by and through his counsel John C. McCaslin, accepted service of summons and amended complaint by mail on August 16, 2012;

5. Mr. Ryan retained counsel Marcus D. Merchasin to associate with Mr. McCaslin to represent him in this action;

6. 28 United States Code section 1404(a) provides as follows:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.

7. Mr. Ryan is a resident of San Mateo County; Mr. Merchasin's office is located in San Francisco; Nationwide's counsel's office is located in San Francisco.

8. Nationwide and Mr. Ryan agree that changing venue from the United States District Court, Eastern District of California, to the United States District Court, *Northern* District of California, will inure to their convenience and benefit and will be consistent with the interests of justice.

THEREFORE, Nationwide and Mr. Ryan respectfully request that the United States District Court, Eastern District of California order that venue of this action be transferred to the United States District Court, Northern District of California.

Respectfully submitted,

Dated: September __, 2012     LAW OFFICES OF JOHN C. McCASLIN

By  /s/ John C. McCaslin
Attorneys for Defendant
DONALD V. RYAN

Dated:  September __, 2012    LAW OFFICES OF MARCUS D. MERCHASIN

By  /s/ Marcus D. Merchasin
Attorneys for Defendant
DONALD V. RYAN

Dated: September __, 2012    LEWIS BRISBOIS BISGAARD & SMITH LLP


By  /s/ Julian J. Pardini
       Stephen J. Liberatore
Attorneys for Plaintiff
NATIONWIDE MUTUAL INSURANCE COMPANY

## **ORDER**

Having considered the stipulation of the parties, set forth above, and finding good cause therefor,

**THE COURT HEREBY ORDERS AND DECREES** that venue of this action be, and hereby is, **TRANSFERRED** from the United States District Court, Eastern District of California, to the United States District Court, Northern District of California.

It is so ordered.

Dated: September 17, 2012.

_____
UNITED STATES DISTRICT JUDGE