| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DECKER** |
| Julian J. Pardini, Esq.<br>SBN 133878<br>Stephen J. Liberatore, Esq.<br>SBN 129772<br>333 Bush Street, Suite 1100<br>San Francisco, CA  94104<br>Tel:   (415) 362-2580<br>Fax:  (415) 434-0882 | John T. Burnite, Esq.<br>SBN 162223<br>525 Market Street, 17th Floor<br>San Francisco, CA  04105<br>Tel.:   (415) 433-0990<br>Fax:   (415) 434-1370 |

Attorneys for Plaintiff/Counter-defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

| | |
|---|---|
| **LAW OFFICES OF JOHN C. MCCASLIN** | Marcus Daniel Merchasin, Esq.<br>SBN 55927 |
| John C. McCaslin, Esq.<br>SBN 204983<br>P.O. Box 160023<br>Sacramento, CA  95816<br>Tel.:   (916) 200-8455<br>Fax:   (916) 864-1430 | Attorney and Counselor at Law<br>582 Market Street, Suite 1400<br>San Francisco, CA  94104<br>Tel.:   (415) 678-2700<br>Fax:   (415) 520-0426 |

Attorneys for Defendants/Counter-claimants
DONALD V. RYAN and BARBARA RYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>DONALD V. RYAN, an individual, and DOES 1 through 10,<br><br>            Defendants. | Case No. 3:12-CV-5000-JST<br><br>**STIPULATION and [PROPOSED] ORDER re: REQUESTED REVISIONS TO COURT'S SCHEDULING ORDER** |
| AND RELATED COUNTER-CLAIM | |

Plaintiff NATIONWIDE MUTUAL INSURANCE COMPANY (hereinafter "Nationwide") and Defendants DONALD V. RYAN, BARBARA RYAN and MICHAEL RYAN ("the Ryans"), and collectively referred to hereinafter as "the Parties," by and through their respective counsel,

hereby stipulate as follows:

## RECITALS

1. The Parties, by and through their respective counsel, attended the initial case management conference on January 17, 2013, the Honorable William Alsup, Judge, presiding. As a result of that conference, the Court issued the following scheduling order:

- January 22, 2013: Last day to make initial disclosures
- February 28, 2013: Last day to add new parties or amend pleadings
- October 25, 2013: Last day to serve list of issues on which expert testimony will be offered
- November 22, 2013: Non-expert discovery cut-off
- November 22, 2013: Last day for disclosure of experts and expert reports
- December 6, 2013: Last day to submit rebuttal expert reports
- December 13, 2013: Last day to submit expert reply reports
- December 19, 2013: Last day to file motions for summary judgment
- December 27, 2013: Expert discovery cut-off
- February 10, 2014: Final Pre-Trial Conference
- February 18, 2014: Trial (by jury)

2. In reliance on the above-referenced scheduling order, the Parties postponed various discovery efforts while they pursued and prepared for private mediation. That mediation took place on April 30, 2013, with Vivien Williamson acting as mediator; the case did not settle. Since that time, the Parties, by and through their respective counsel, have been cooperating in the effort to set dates for the depositions of the Parties and percipient witnesses; some written discovery has been propounded and further written discovery is anticipated, particularly in follow-up to the depositions that will be taken. The effort to set deposition dates has taken into account the summer holiday season as well as the professional calendars of counsel and the Parties are certain that necessary depositions will be accomplished by the non-expert discovery cut-off date originally set by the Court.

/ / /

3. On Friday, July 5, 2013, counsel for the Parties received the Court's electronically-sent minute order vacating the case management conference that had been scheduled for July 10 and noting that the Court had already set "appropriate deadlines" in the case.

4. On Monday, July 8, at 9:40 a.m., counsel for the Parties received the Court's electronically-sent minute order confirming the dates set for non-expert discovery cut-off (November 22), disclosure of expert witnesses (November 22), the deadline for filing motions for summary judgment (December 19) and trial (February 18, 2014). The Court set a date of January 28, 2014, for the submission of a proposed pretrial order and changed the date for the final pre-trial conference to February 7, 2014.

5. Then, later on Monday, July 8, at 1:13 p.m., counsel for the Parties received the Court's electronically-sent minute order that revised the scheduling order as follows:

- August 16, 2013: Non-expert discovery cut-off
- September 20, 2013: Last day for disclosure of experts and expert reports
- October 4, 2013: Last day to submit rebuttal expert reports
- October 18, 2013: Expert discovery cut-off
- November 8, 2013: Last day to file motions for summary judgment
- January 21, 2014: Last day to submit proposed pretrial order
- January 31, 2014: Final Pre-Trial Conference
- February 18-20, 2014: Trial (by jury).

6. On Tuesday, July 9, counsel for Nationwide, with the approval of counsel for the Ryans, placed a telephone call to Judge Tigar's clerk, William Noble, who confirmed that the second order issued on July 8 was not in error, but reflected the Judge Tigar's conclusion that certain dates previously set did not accommodate his calendar.

7. The Parties, by and through their respective counsel, had relied on the deadlines originally set by the Court and the new deadlines, particularly those made effective during the next 60 to 90 days present a hardship for the Parties, and for that reason, the Parties present the Court with this Stipulation and Proposed Order.

///

NOW, THEREFORE, the Parties, by and through their respective counsel of record, do hereby stipulate as follows as request that the Court issue an order in accordance therewith:

**STIPULATION**

1. The Parties, by and through their respective counsel request that the Court issue a new scheduling order as follows:

- September 30, 2013: Non-expert discovery cut-off
- September 30, 2013: Last day for disclosure of experts and expert reports
- October 15, 2013: Last day to submit rebuttal expert reports
- October 31, 2013: Expert discovery cut-off
- November 27, 2013: Last day to file motions for summary judgment
- January 21, 2014: Last day to submit proposed pretrial order
- January 31, 2014: Final Pre-Trial Conference
- February 18-20, 2014: Trial (by jury).

2. If the Court is unable to accommodate the Parties' requested revisions to the scheduling order, the Parties request that the Court re-schedule a case management conference so that other adjustments may be made in the scheduling order.

Respectfully submitted,

DATED: July 9, 2013        LEWIS BRISBOIS BISGAARD & SMITH LLP


By:  /s/ *Stephen J. Liberatore*
Julian J. Pardini
Stephen J. Liberatore
Attorneys for Plaintiff/Counter-defendant
NATIONWIDE MUTUAL INSURANCE COMPANY


DATED: July 9, 2013        WILSON, ELSER, MOSKOWITZ, EDELMAN & DECKER


By:  /s/ *John T. Burnite*
John T. Burnite
Attorneys for Plaintiff/Counter-defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

DATED: July 9, 2013         LAW OFFICES OF JOHN C. MCCASLIN

By:      /s/ *John C. McCaslin*
John C. McCaslin
Attorney for Defendant
DONALD V. RYAN

DATED: July 9, 2013

By:      /s/ *Marcus Daniel Merchasin*
Marcus Daniel Merchasin
Attorney for Defendant
DONALD V. RYAN

## ORDER

Based on the foregoing stipulation of the Parties and their proposed revisions to the Court's scheduling order, and finding good cause therefor,

**THE COURT HEREBY ORDERS AND DECREES** that the Court's order be and hereby is, **REVISED** to reflect the dates stipulated to by the Parties, as follows:

- September 30, 2013:   Non-expert discovery cut-off
- September 30, 2013:   Last day for disclosure of experts and expert reports
- October 15, 2013:   Last day to submit rebuttal expert reports
- October 31, 2013:   Expert discovery cut-off
- November 27, 2013:   Last day to file motions for summary judgment
- January 21, 2014:   Last day to submit proposed pretrial order
- January 31, 2014:   Final Pre-Trial Conference
- February 18-**20**, 2014: Trial (by jury)

IT IS SO ORDERED.

DATED: July 10, 2013

John S. Tigar, United Stated District Judge
United States District Court
Northern District of California