UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>DONALD V. RYAN, et al.,<br><br>        Defendants. | Case No.: 3:12-cv-5000 JST (KAW)<br><br>ORDER REGARDING OCTOBER 11, 2013 JOINT DISCOVERY LETTER |

      On October 15, 2013, the above-captioned matter was referred to the undersigned for discovery purposes. The court has scheduled a hearing on the parties' joint discovery letter brief. In that letter, the parties outline the following discovery disputes: (1) whether the plaintiff should be compelled to produce persons most qualified to testify on the issues of underwriting and special investigations; (2) whether the plaintiff should be compelled to produce Lee Trapani, who works as a senior loss control specialist for the plaintiff, for deposition; and (3) whether the plaintiff should be compelled to produce additional documents requested in the deposition notices, including the plaintiff's underwriting manual, special investigations manual, and advertising materials.

      The parties did not include copies of the deposition notices and accompanying requests for production. Accordingly, the court hereby orders the parties to file copies of those materials by Wednesday, October 30, 2013 at 5:00 p.m.

//
//
//

1

Failure to comply with the foregoing deadline may affect the November 7, 2013 hearing currently scheduled in this matter.

IT IS SO ORDERED.

Dated: October 28, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge