**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.
SBN 133878
Stephen J. Liberatore, Esq.
SBN 129772
333 Bush Street, Suite 1100
San Francisco, CA  94104
Tel:   (415) 362-2580
Fax:   (415) 434-0882

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DECKER**
John T. Burnite, Esq.
SBN 162223
525 Market Street, 17th Floor
San Francisco, CA  04105
Tel.:   (415) 433-0990
Fax:   (415) 434-1370

Attorneys for Plaintiff/Counter-defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

**LAW OFFICES OF JOHN C. MCCASLIN**
John C. McCaslin, Esq.
SBN 204983
P.O. Box 160023
Sacramento, CA  95816
Tel.:   (916) 200-8455
Fax:   (916) 864-1430

Marcus Daniel Merchasin, Esq.
SBN 55927
Attorney and Counselor at Law
582 Market Street, Suite 1400
San Francisco, CA  94104
Tel.:   (415) 678-2700
Fax:   (415) 520-0426

Attorneys for Defendants/Counter-claimants
DONALD V. RYAN and BARBARA RYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>     v.<br><br>DONALD V. RYAN, an individual, and DOES 1 through 10,<br><br>              Defendants. | Case No. 3:12-CV-5000-JST<br><br>**STIPULATION and [PROPOSED] ORDER re: REVISIONS TO SCHEDULING ORDER (including CONTINUANCE OF TRIAL DATE)** |
| AND RELATED COUNTER-CLAIM | |

Plaintiff/Counter-defendant NATIONWIDE MUTUAL INSURANCE COMPANY (hereinafter "Nationwide") and Defendants/Cross-claimants DONALD V. RYAN and BARBARA RYAN ("the Ryans"), and collectively referred to hereinafter as "the Parties," by and

through their respective counsel, hereby stipulate as follows:

**RECITALS**

1. The Parties, by and through their respective counsel, continue to work together to accomplish necessary discovery.

2. As the Parties have engaged in discovery, counsel for the Parties have cooperated with one another in the identification of witnesses and to make those witnesses available for deposition. The identity of other witnesses, whose involvement in the pertinent events underlying this action were unknown to the Parties and their counsel, have been disclosed during various depositions counsel have conducted.

3. However, counsel for the Parties disputed the scope of certain discovery and, after meeting and conferring in an effort to resolve the dispute informally, enlisted the assistance of the Court by the filing of a joint letter-brief outlining the dispute and the Parties' respective positions. On November 7, 2013, counsel for the Parties appeared before the Honorable Kandis A. Westmore, Magistrate Judge, and presented their arguments with respect to the dispute.

4. On November 12, 2013, Magistrate Judge Westmore issued her decision granting the Ryans' request to obtain the deposition of certain Nationwide personnel, one of whom is identified and two of whom must be designated by Nationwide as the "person most knowledgeable" about certain subject; she also order Nationwide to produce certain documents. She denied the Ryans' request to obtain other documents. In her order, Judge Westmore directed Nationwide to comply with the order by December 3, 2013.

5. Nationwide will designate the "persons most knowledgeable" as ordered and will make them, as well as the person already identified, available for deposition as expeditiously as possible. It is not known whether the persons designated as "most knowledgeable" can be made available by December 3, though counsel are cooperating with each other to accomplish those depositions as soon as possible.

6. The Parties and their counsel further recognize that the Parties' experts' analyses and opinions may be affected by the deposition testimony of the persons to be deposed pursuant to Judge Westmore's order. Given the upcoming Thanksgiving and the December holidays, the

1 Parties, by and through their counsel, believe it advisable that certain adjustments be made in the Court's scheduling order.

2. 7. The Parties and their counsel wish to stress to the Court that the present circumstances of this litigation are the not result of dilatory conduct; to the contrary, they have been diligent in pursuing discovery so as to make a full presentation of the case at trial. Thus, counsel have worked together to develop a reasonable schedule of events that will maintain the progress of this litigation and allow the Parties to accomplish all necessary discovery.

NOW, THEREFORE, the Parties, by and through their respective counsel of record, do hereby stipulate as follows as request that the Court issue an order in accordance therewith:

## **STIPULATION**

1. The Parties, by and through their respective counsel, request that the Court revise the previously-issued Scheduling Order as follows:

| | |
|---|---|
| • Final Disclosure of Expert Witnesses and Expert Witness Reports: | December 9, 2013 |
| • Completion of Discovery Ordered by Magistrate Judge Westmore: | December 16, 2013 |
| • Expert Supplement Reports Due: | December 23, 2013 |
| • Expert Rebuttal Reports Due: | January 6, 2014 |
| • Expert Discovery Cut-off: | January 17, 2014 |
| • Deadline to File Dispositive Motions: | February 7, 2014 |
| • Hearing re: Dispositive Motions: | March 21, 2014 |
| • Pretrial Conference Statement due: | April 1, 2014 |
| • Pretrial Conference: | April 11, 2014 |
| • Trial: | April 28, 2014 (time estimate: 12-15 days) |

2. If the Court is unable to accommodate the Parties' requested revisions to the Scheduling Order, the Parties request that the Court schedule a case management conference so that other adjustments may be discussed and, with the Court's approval, made in the Scheduling Order.

1     This stipulation is respectfully submitted by:

2     DATED: November 20, 2013     LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ *Stephen J. Liberatore*      .
Julian J. Pardini
Stephen J. Liberatore
Attorneys for Plaintiff/Counter-defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

DATED: November 20, 2013     WILSON, ELSER, MOSKOWITZ, EDELMAN & DECKER

By:    /s/ *John T. Burnite*      .
John T. Burnite
Attorneys for Plaintiff/Counter-defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

DATED: November 20, 2013     LAW OFFICES OF JOHN C. MCCASLIN

By:    /s/ *John C. McCaslin*      .
John C. McCaslin
Attorney for Defendant
DONALD V. RYAN

DATED: November 20, 2013     By:    /s/ *Marcus Daniel Merchasin*      .
Marcus Daniel Merchasin
Attorney for Defendant
DONALD V. RYAN

## ORDER

Based on the foregoing stipulation of the Parties and their proposed revisions to the Court's scheduling order, and finding good cause therefor,

**THE COURT HEREBY ORDERS AND DECREES** that the previously-issued Scheduling Order be, and hereby is, **MODIFIED** as follows:

- Final Disclosure of Expert Witnesses and     December 9, 2013
  Expert Witness Reports:

- Completion of Discovery Ordered by     December 16, 2013
  Magistrate Judge Westmore:

- Expert Supplement Reports Due:     December 23, 2013

4822-9010-2550.1     4
STIPULATION and [PROPOSED] ORDER re: REVISIONS TO SCHEDULING ORDER
Case No. 3:12-CV-5000-JST

LEWIS BRISBOIS

| | | |
|---|---|---|
| • | Expert Rebuttal Reports Due: | January 6, 2014 |
| • | Expert Discovery Cut-off: | January 17, 2014 |
| • | Deadline to File Dispositive Motions: | ~~February 7, 2014~~<br>March 3, 2014 |
| • | ~~Hearing re: Dispositive Motions:~~ | ~~March 21, 2014~~ |
| • | Pretrial Conference Statement due: | April 1, 2014 |
| • | Pretrial Conference: | April 11, 2014 |
| • | Trial: | April 28, 2014<br>~~(time estimate: 12-15 days)~~ |

IT IS SO ORDERED.

DATED: November 25, 2013

_____
John S. Tigar, United States District Judge
United States District Court
Northern District of California