1  JOHN T. BURNITE (State Bar No. 162223)
   **WILSON, ELSER, MOSKOWITZ,**
2     **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, California 94105
   Telephone:   (415) 433-0990
4  Facsimile:   (415) 434-1370

5  Attorneys for Counter-Defendant,
   **NATIONWIDE MUTUAL**
6  **INSURANCE COMPANY**

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>       Plaintiff,<br>  v.<br><br>DONALD V. RYAN, an individual, and DOES 1 THROUGH 10,<br><br>       Defendants. | Case No. 3:12-CV-05000-JST<br><br>**STIPULATED REQUEST FOR REFERRAL TO SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE; [PROPOSED] ORDER** [ADR L.R. 7-2] |
| DONALD V. RYAN, BARBARA RYAN,<br><br>       Counter-Claimants,<br>  v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>       Counter-Defendants. | |

1   Plaintiff/Counter-Defendant Nationwide Mutual Insurance Company ("Nationwide") and Defendant/Counter-Claimant Donald V. Ryan ("Defendant") and Plaintiff/Counter-Defendant (collectively, the "Parties") stipulate to, and respectfully request, a referral to a settlement conference under Local Rule, ADR Rule 7.2.

An early mediation of the matter was not successful. The parties have subsequently conducted extensive discovery.

The Parties agree that a Settlement Conference is advisable at this time, in advance of the April 28, 2014 trial.

**IT IS SO STIPULATED.**

Dated: March 3, 2014          LAW OFFICE OF JOHN C. McCASLIN

                              By:    */s/ John C. McCaslin*
                                     John C. McCaslin
                                     Attorneys for Counter-Defendant/
                                     Counter-Claimants
                                     DONALD V. RYAN AND BARBARA RYAN

Dated: March 3, 2014

                              By:    */s/ Marcus Daniel Merchasin*
                                     Marcus Daniel Merchasin
                                     Attorneys for Counter-Defendant/
                                     Counter-Claimants
                                     DONALD V. RYAN AND BARBARA RYAN

Dated: March 3, 2014          WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP

                              By:    */s/ John T. Burnite*
                                     JOHN T. BURNITE
                                     Attorneys for Plaintiff/Counter-Defendant
                                     NATIONWIDE MUTUAL INSURANCE
                                     COMPANY

Dated: March 3, 2014

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/ Stephen J. Liberatore*
Stephen J. Liberatore
Julian J. Pardini
Attorneys for Plaintiff/Counter-Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

### [PROPOSED] ORDER

This action is referred to Magistrate Judge Spero for a settlement conference on either April 2 or 3. The parties shall contact Judge Spero's courtroom deputy to set a time that is mutually convenient.

Dated: March 7, 2014

IT IS SO ORDERED AS MODIFIED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA