| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER |
| Julian J. Pardini, Esq. SBN 133878 | John T. Burnite, Esq. SBN 162223 |
| Stephen J. Liberatore, Esq. SBN 129772 | 525 Market Street, 17th Floor San Francisco, CA 04105 |
| 333 Bush Street, Suite 1100 San Francisco, CA 94104 | Tel.: (415) 433-0990 Fax: (415) 434-1370 |
| Tel: (415) 362-2580 Fax: (415) 434-0882 | |

Attorneys for Plaintiff/Counter-defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

**FILED**

NOV 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAW OFFICES OF JOHN C. MCCASLIN | Marcus Daniel Merchasin, Esq. SBN 55927 |
| John C. McCaslin, Esq. SBN 204983 | Attorney and Counselor at Law 582 Market Street, Suite 1400 |
| P.O. Box 160023 Sacramento, CA 95816 | San Francisco, CA 94104 Tel.: (415) 678-2700 |
| Tel.: (916) 200-8455 Fax: (916) 864-1430 | Fax: (415) 520-0426 |

Attorneys for Defendants/Counter-claimants
DONALD V. RYAN and BARBARA RYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>DONALD V. RYAN, an individual, and DOES 1 through 10,<br><br>        Defendants. | Case No. 3:12-CV-5000-JST<br><br>**STIPULATION and [PROPOSED] ORDER re: WAIVER OF COSTS AND WAIVER OF RIGHT TO APPEAL** |

AND RELATED COUNTER-CLAIM

Plaintiff/Counter-defendant NATIONWIDE MUTUAL INSURANCE COMPANY (hereinafter "Nationwide") and Defendants/Cross-claimants DONALD V. RYAN and BARBARA RYAN ("the Ryans"), and collectively referred to hereinafter as "the Parties," by and

4822-0447-7728.1

1

STIPULATION and [PROPOSED] ORDER re: WAIVER OF COSTS AND APPEAL
Case No. 3:12-CV-5000-JST

1 | through their respective counsel, hereby stipulate as follows:

## RECITALS

1. On October 22, 2014, the Court entered judgment in favor of Nationwide and against the Ryans.

2. On October 23, 2014, Nationwide filed with the Court its bill of costs in the amount of $15,477.73.

3. The Parties acknowledge that the Ryans have the right to file a notice of appeal of the Court's judgment.

NOW, THEREFORE, the Parties, by and through their respective counsel of record, do hereby stipulate as follows as request that the Court issue an order in accordance therewith:

## STIPULATION

1. Nationwide waives its right to recover costs.

2. The Ryans waive their right to appeal the Court's judgment.

Respectfully submitted,

Dated: November 12, 2013    LEWIS BRISBOIS BISGAARD & SMITH LLP


By_____/s/ Julian J. Pardini_____
       Julian J. Pardini
       Stephen J. Liberatore
       Attorneys for Plaintiff/Counter-defendant
       Nationwide Mutual Insurance Company

Dated: November 12, 2014    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By_____/s/ John T. Burnite_____
       John T. Burnite
       Attorneys for Plaintiff/Counter-defendant
       Nationwide Mutual Insurance Company

Dated: November 12, 2014    LAW OFFICES OF JOHN C. McCASLIN

By_____/s/ John C. McCaslin_____
       John C. McCaslin
       Attorneys for Defendants/Counter-claimants
       Donald V. Ryan and Barbara Ryan

4822-0447-7728.1

2

STIPULATION and [PROPOSED] ORDER re: WAIVER OF COSTS AND APPEAL
Case No. 3:12-CV-5000-JST

Dated: November 12, 2014          By   /s/ *Marcus Daniel Merchasin*
                                       Marcus Daniel Merchasin
                                       Attorneys for Defendants/Counter-claimants
                                       Donald V. Ryan and Barbara Ryan

### ORDER

Based on the foregoing stipulation of the Parties and finding good cause therefor,

**THE COURT HEREBY ORDERS AND DECREES** that:

- Nationwide has waived its right to recover costs;
- The Ryans have waived their right to appeal the judgment of the Court; and
- This Court's judgment is considered final upon the execution of this Order.

IT IS SO ORDERED.

DATED: 11/19/14

John S. Tigar, United States District Judge
United States District Court
Northern District of California

4822-0447-7728.1                                3
STIPULATION and [PROPOSED] ORDER re: WAIVER OF COSTS AND APPEAL
Case No. 3:12-CV-5000-JST

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW